PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the decree aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the court that the said decree of the Circuit Court be, and the same is hereby affirmed.

All concur.

A. SUMMERLIN AND STRELITZ BROTHERS, INC., A CORPORATION, *Appellants,* v. CLARA C. SMITH, *Appellee.*

Decision Filed June 8, 1921.

An Appeal from the Circuit Court for Polk County; John S. Edwards, Judge.

*R. B. Huffaker,* for Appellants;

*Wm. M. Gober,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of the decree aforesaid, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said decree; it is, therefore, considered, ordered and adjudged by the court that

the said decree of the Circuit Court be, and the same is hereby, affirmed.

All concur.

---

ALONZO P. HOLLY, *Appellant,* v. ROSE E. HOLLY, *Appellee.*

Opinion Filed June 10, 1921.

1. Where the necessities of the wife and the faculties of the husband are established by the pleadings it is not error for the judge to make an order for temporary alimony and counsel fees, without reference to a master.

2. Alimony *pendente lite* is awarded to furnish the wife, from whom the husband has withdrawn his support, with the means of living, and for the further reason, in which there is a high public interest, that she may not become a charge on the State, while her rights are being adjudicated. Counsel fees are awarded to enable the wife to maintain or defend her suit.

3. The matter of granting a stay of an order awarding temporary alimony and counsel fees is within the judicial discretion of the Circuit Judge, subject to review in this court upon application by the appellant.

4. Upon a proper showing this court will make an allowance for counsel fees for an indigent wife for services rendered to her in this court.

An Appeal from the Circuit Court for Dade County; H. Pierre Branning, Judge.

Orders affirmed.